**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Susan Clemmer,  Civil No. 06-2120 (DWF/AJB)

      Plaintiff,

v.  **ORDER FOR JUDGMENT**
**OF DISMISSAL**

Phillips & Cohen Associates, Ltd.,

      Defendant.

---

Benjamin B. Bohnsak, Esq., Rinke Noonan, counsel for Plaintiff.

Michael A. Klutho, Esq., Bassford Remele, PA, counsel for Defendant.

---

Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 7) filed on August 8, 2006,

**IT IS HEREBY ORDERED** that judgment shall be entered **DISMISSING** the Complaint on its merits **WITH PREJUDICE** and without costs, disbursements or attorney fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay,

**JUDGMENT SHALL BE ENTERED ACCORDINGLY.**


Dated:  August 9, 2006        s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        Judge of United States District Court